709 A.2d 199

IN THE MATTER OF HEYWOOD E. BECKER,
AN ATTORNEY AT LAW.

May 6, 1998.

**ORDER**

The Disciplinary Review Board on March 11, 1998, having filed with the Court its decision concluding that **HEYWOOD E. BECKER** of **FRENCHTOWN,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 5.5(a) and *Rule* 1:21–1(a) (failure to maintain a bona fide office), and good cause appearing;

It is ORDERED that **HEYWOOD E. BECKER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.